UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STACEY D. GUINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CV1827 TCM |
| | ) |
| U.S. XPRESS, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT U.S. XPRESS, INC.'S JOINT STIPULATIONS OF FACT

COMES NOW Defendant U.S. Xpress, Inc. ("Defendant") and for its Pre-Trial Compliance, states as follows:

#### JOINT STIPULATIONS

a. On June 10, 2004, Missouri Highway 28 was a two lane highway and was an open and public street in the County of Maries, State of Missouri, running in a generally north and south bound direction.

b. On June 10, 2004, Defendant U.S. Xpress, Inc. employed Keith Jordan as an over-the-road driver. Mr. Jordan was driving an empty tractor-trailer for U.S. Xpress, Inc. north on Highway 28 and was acting in the course and scope of his employment.

c. On June 10, 2004, Stacey Guinn was driving a Ford F-350 pick-up truck north on Highway 28. Oryon Guinn was a passenger in Mr. Guinn's Ford F-350 pick-up truck.

d. On May 4, 2005, U.S. Xpress driver Keith Jordan died of causes unrelated to the incident.

ARMSTRONG TEASDALE LLP

BY: _____
Karen A. Baudendistel    ED MO   # 3844
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
(314) 621-5065 (facsimile)
kbaudendistel@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT U.S.
XPRESS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via first class mail, postage prepaid on this 13th day of July, 2007, to:

James S. Collins, II, Esq.
6654 Chippewa
St. Louis, Missouri 63109
(314) 457-1710
(314) 457-9559 (facsimile)

_____

2